ALAN L. ROSEN,  BAR #67328
LAW OFFICES OF ROSEN & LOEB
2659 Townsgate Rd., #136
Westlake Village, CA  91361
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT  for the COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION-Los Angeles)

| | |
|---|---|
| J & J Sports Productions, Inc.  )<br>  )<br>   Plaintiff,  )<br>  )<br> vs.  )<br>  )<br>Frank Casado, ind dba Lucy's El Adobe Cafe  )<br>  )<br>   Defendant  )<br>_____  ) | Case No.:  2:14-cv-06978-PLA<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

  On September 9, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court.

  Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

  **IT IS SO ORDEREDD,**

Dated this 12th day of September, 2016.

*[Signature: Paul L. Abrams]*

_____
**THE HONORABLE JUDGE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE**